IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDNA MILLER,

    Plaintiff,                      No. CIV S-10-1699 GEB DAD PS

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,              ORDER

    Defendants.

_____/

        On November 25, 2009, plaintiff filed a complaint in the United States District Court for the Central District of California and paid the required filing fee. Plaintiff filed an amended complaint on December 1, 2009, and the Clerk issued summons for five defendants. In May 2010, defendants California Department of Corrections and Rehabilitation, Attorney General's Office, Julie Harlan, David J. Neil, and Jill H. Talley filed a motion to dismiss and a motion to transfer the case to the Eastern District of California. By order filed June 28, 2010, the motion to transfer was granted and the motion to dismiss was denied without prejudice to renewal before the transferee court.

        The case has been referred to the undersigned pursuant to Local Rule 302(c)(21). Because plaintiff is proceeding in propria persona, all pretrial matters, including dispositive and non-dispositive motions, are to be addressed in the first instance by the assigned magistrate

judge. The parties are referred to Local Rule 230, which governs civil motion procedure. In particular, plaintiff is referred to this rule for information about opposing motions and appearing for hearings. Information about available hearing dates may be obtained from Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128. Plaintiff is cautioned that failure to file timely opposition or to appear at a hearing may result in a recommendation that this case be dismissed for lack of prosecution and as a sanction for failure to comply with court orders and applicable rules. See Local Rules 110 and 183.

The parties are advised that court appearances before the undersigned may be made telephonically in most instances. A party who wishes to request telephonic appearance at a motion hearing or status conference shall contact Pete Buzo at (916) 930-4128 no later than three days before the date set for the hearing or status conference. A land-line telephone number must be provided at that time.

IT IS ORDERED that defendants' renewed motion to dismiss or an answer to plaintiff's first amended complaint shall be filed and served within fourteen days after this order is filed. Any notice of motion must comply with Local Rule 230(a) and (b) and must include evidence of conventional service upon the pro se plaintiff pursuant to Local Rule 135(b).

DATED: July 16, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\miller1699.ord.info