```
                 IN THE UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA


EDNA MILLER,                          )
                                      )    2:10-cv-01699-GEB-DAD
            Plaintiff,                )
                                      )
       v.                             )    RELATED CASE ORDER
                                      )
CALIFORNIA DEPARTMENT OF              )
CORRECTIONS; ATTORNEY GENERAL         )
OFFICE; JULIE HARLAN, an              )
individual; DAVID J. NEIL, an         )
individual; JILL H. TALLEY, an        )
individual; and DOES 1-10,            )
inclusive,                            )
                                      )
            Defendants.               )
_____      )
                                      )
EDNA MILLER,                          )    2:10-cv-02850-MCE-EFB
                                      )
            Plaintiff,                )
                                      )
       v.                             )
                                      )
CALIFORNIA DEPARTMENT OF              )
CORRECTIONS; ATTORNEY GENERAL         )
OFFICE; EDMUND G. "JERRY" BROWN,      )
an individual; JULIE HARLAN, an       )
individual; DAVID J. NEIL, an         )
individual; JILL H. TALLEY, an        )
individual; LEWIS KUYKENDALL, an      )
individual; KATHY BIDD, an            )
individual; and DOES 1-10,            )
inclusive,                            )
                                      )
            Defendants.               )
_____      )
```

Defendants filed a "Notice of Related Matter" on November 16, 2010, stating:

> [T]he plaintiff herein, EDNA MILLER, in pro se, filed an action with the above-entitled Court on

1

>       October 21, 2010, bearing Case Number: 2:10 CV-
>       02850 MCE (EFB).
>
>       Accordingly, the Defendants herein request
>       that the newly filed related matter be transferred
>       to the Honorable Judge Garland E. Burrell, Jr. for
>       all purposes.
>
>       These two cases involve the same parties; are
>       based upon the same or similar claims; arise from
>       the same or substantially identical,[sic]
>       transactions, incidents or events; require the
>       determination of the same or substantially
>       identical questions of law or fact; and are likely
>       to require substantial duplication of judicial
>       resources if heard by different judges.

(ECF No. 58, 1:24-2:7.)

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123. Accordingly, assignment of the newer action to the undersigned judge is likely to effect a substantial savings of judicial effort.

IT IS THEREFORE ORDERED that action 2:10-cv-02850-MCE-EFB is reassigned to the undersigned district judge and to Magistrate Judge Dale Drozd for all further proceedings, and any dates currently set in the reassigned case are VACATED.

IT IS FURTHER ORDERED that the caption on documents filed in the reassigned case shall show the case number as 2:10-cv-02850-GEB-DAD. The Clerk shall make an appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated:   November 24, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge